United States District Court
Southern District of Texas
**ENTERED**
January 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PINARD HOME HEALTH, INC.<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION,<br><br>Defendant. | Case No. 4:15-cv-3509<br><br>(formerly County Civil Court at Law No. 3 of Harris County, Texas – Cause No. 1068255) |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR 90-DAY STAY OF ACTION TO PURSUE SETTLEMENT

Based on the motion of Defendant Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation, filed January 14, 2016, and good cause appearing, therefore,

IT IS HEREBY ORDERED that all deadlines in this matter are stayed for ninety (90) days, through April 13, 2016. The Rule 16 Scheduling Conference is reset to May 3, 2016 at 10:00 a.m. Before Magistrate Judge Stephen Wm Smith.

DATED: 1/15/16

_____
Judge David Hittner

1