United States District Court
Southern District of Texas

**ENTERED**
April 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PINARD HOME HEALTH, INC., | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Cause No. 4:15-cv-3509 |
| BLUE CROSS AND BLUE SHIELD | § | |
| OF TEXAS, A DIVISION OF | § | |
| HEALTH CARE SERVICE | § | |
| CORPORATION, | § | |
|    *Defendant.* | § | |

## ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

After considering Plaintiff's Motion for Voluntary Dismissal Without Prejudice and the response, and after a hearing, the Court:

GRANTS the motion and dismisses the case without prejudice.

SIGNED on Apr 22, 2016.

_____
U.S. District Judge

APPROVED AND ENTRY REQUESTED:

*/s/ Cris Feldman*
Cris Feldman, Attorney for Plaintiff